1  Richard C. Johnson, Esq. (SBN 40881)
   Shaamini A. Babu, Esq. (SBN 230704)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   djohnson@sjlawcorp.com
5  sbabu@sjlawcorp.com

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al., | Case No.: C08-5122 TEH |
|---|---|
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| WATTS VALLEY GLASS, INC., | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), plaintiffs Northern California Glaziers, Architectural Metal and Glass Workers Pension Plan, et al., voluntarily dismiss, with prejudice, this action against Defendant Watts Valley Glass, Inc. Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

Dated: March 10, 2009              SALTZMAN & JOHNSON
                                   LAW CORPORATION


                                   By:_____/S/_____
                                   Shaamini A. Babu
                                   Attorneys for Plaintiffs

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Thelton E. Henderson, 03/11/09]

**NOTICE OF VOLUNTARY DISMISSAL**
**CASE NO.: C08-5122 TEH**